UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.No.04cv10185 RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARK BICKFORD,                              \*
    Plaintiff                              \*
                                    \*
                                    \*   **ANSWER OF DEFENDANTS**
    v.                                      \*
                                    \*
                                    \*
NEW ENGLAND GUTTER KINGS,                   \*
CARLOS deSOUSA and DEREK BRIERE,            \*
    Defendants                             \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Defendants named in Plaintiff's Complaint answer his allegations as follows:

1. Plaintiff's allegations in paragraph 1 do not call for an admission or denial by the Defendants.

2. Plaintiff's allegations in paragraph 2 do not call for an admission or denial by the Defendants.

3. The Defendants deny that it committed any unlawful employment practices in the Commonwealth or anywhere, but admit that New England Gutter Kings, Incorporated has its principal place of business in the Commonwealth of Massachusetts.

4. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 4 of the Plaintiff's complaint.

5. The Defendants admit the allegations contained in paragraph 5 of the Plaintiff's Complaint but correct the name of the corporation to New England Gutter Kings, Inc.

6. The Defendants admit that Carlos deSousa is a resident of Tyngsborough, Massachusetts with the above correction in spelling of his name, but deny that he is an "owner of Gutter Kings". He is an incorporator, shareholder and officer of the corporation.

7. The Defendants admit that Derek Briere lives in Lowell, but similarly correct Plaintiff's allegation by responding that he is an incorporator, shareholder and officer of the corporation.

8. The Defendants admit that the Plaintiff was employed by the Defendant New England Gutter Kings, Inc., not by the other defendants, and leave the other allegations contained in paragraph 8 of Plaintiff's Complaint to Plaintiff's proof.

9. The Defendants admit the allegations contained in paragraph 9 of Plaintiff complaint.

10. The Defendants admit that the Plaintiff worked in excess of 40 hours per week on several occasions.

11. The Defendants admit the allegation contained in paragraph 11 of Plaintiff's complaint.

12. The Defendants deny the allegations contained in paragraph 12 of Plaintiff's complaint.

13. The Defendants deny the allegations contained in paragraph 13 of Plaintiff's complaint.

14. The Defendants deny the allegations contained in paragraph 14 of Plaintiff's complaint.

15. The Defendants deny the allegations contained in paragraph 15 of Plaintiff's complaint.

16. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 16 of the Plaintiff's complaint.

17. The Defendants deny the allegations contained in paragraph 17 of Plaintiff's complaint.

18. The Defendants deny the allegations contained in paragraph 18 of Plaintiff's complaint.

19. The Defendants deny the allegations contained in paragraph 19 of Plaintiff's complaint.

20. The Defendants deny the allegations contained in paragraph 20 of Plaintiff's complaint.

21. The Defendants deny the allegations contained in paragraph 21 of Plaintiff's complaint.

22. The Defendants deny the allegations contained in paragraph 22 of Plaintiff's complaint.

23. The Defendants deny the allegations contained in paragraph 23 of Plaintiff's complaint.

24. The Defendants deny the allegations contained in paragraph 24 of Plaintiff's complaint.

25. The Defendants deny the allegations contained in paragraph 25 of Plaintiff's complaint.

26. The Defendants deny the allegations contained in paragraph 26 of Plaintiff's complaint.

27. The Defendants deny the allegations contained in paragraph 27 of Plaintiff's complaint.

WHEREFORE the defendants ask that this Honorable Court enter judgment for the Defendants on all counts and order such other relief as this Court deems just.

New England Gutter Kings, Inc.
Carlos deSousa and Derek Briere,
By their Attorneys
Talty & Talty, P.C.

_____
Francis T. Talty
BBO# 546262 (Mass.)
52 Church Street
Lowell, MA 01852
978-970-0881

Certificate of Service

I, Francis T. Talty certify that I served a copy of the above answer upon the Plaintiff, by mailing a copy thereof to Scott Lathrop, Esq. 122 Old Ayer Rd., Groton, MA 01450, this day.

____2/11/04____                                    _____
Date                                                Francis T. Talty