UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04cv10185 RGS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARK BICKFORD,                          *
    Plaintiff                           *
                                        *
v.                                      *
                                        *
NEW ENGLAND GUTTER KINGS, CARLOS        *
DeSOSA and DEREK BRIERE,                *
    Defendants                          *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S LOCAL RULE 16.1(D) CERTIFICATE

Mark Bickford, a party to the above-referenced action, and Scott A. Lathrop hereby certify that we have conferred:

(a) with a view to establish budget for the cost of conducting the full course, and alternative courses, of the litigation; and,

(b) to consider the advisability of resolving this litigation through the use of various alternative dispute resolution programs.

_____
Mark Bickford

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: 4/9/04

1