UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04cv10185-RGS

*******************************************
| |   |
|---|---|
| MARK BICKFORD, | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * |
| NEW ENGLAND GUTTER KINGS, CARLOS | * |
| DeSOSA and DEREK BRIERE, | * |
| Defendants | * |

*******************************************

## JOINT PRETRIAL STATEMENT

The parties in the above-captioned matter hereby submit their Joint Pretrial Statement in connection with the scheduling conference.

I.  <u>Joint Discovery Plan</u>

   The parties have agreed to the following discovery schedule:

   A.  Initial disclosures completed by April 30, 2004;

   B.  All discovery requests served and depositions to be noticed by August 30, 2004; and

   C.  All discovery completed by September 30, 2004.

II. <u>Schedule for Filing of Dispositive Motions</u>

   A.  Rule 56 motions and served and filed by October 31, 20004; and

1

      B.      Opposition to Rule 56 motion served and filed by November 30, 2004.

III.    <u>Possible Trial By Magistrate Judge</u>

      The parties would consent to trial by a Magistrate Judge.

IV.    <u>Alternate Dispute Resolution</u>

      The parties would consent to mediation.

V.    <u>Certification Pursuant to Local Rule 16.1(D)(3)</u>

      The parties will submit certifications in compliance with Local Rule 16.1(D)(3)

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| *[signed] Scott A. Lathrop* | |
| Scott A. Lathrop, Esq. (BBO #287820) | Francis T. Talty, Esq. |
| Scott A. Lathrop & Associates | Talty & Talty, P.C. |
| 122 Old Ayer Road | 54 Church Street |
| Groton, MA 01450 | Lowell, MA 01852 |
| (978) 448-8234 | (978) 970-0881 |
| Dated: 4/12/04 | Dated: _____ |

  B. Opposition to Rule 56 motion served and filed by November 30, 2004.

III. **Possible Trial By Magistrate Judge**

 The parties would consent to trial by a Magistrate Judge.

IV. **Alternate Dispute Resolution**

 The parties would consent to mediation.

V. **Certification Pursuant to Local Rule 16.1(D)(3)**

 The parties will submit certifications in compliance with Local Rule 16.1(D)(3)

**FOR PLAINTIFF:**        **FOR DEFENDANTS:**

_____    _____
Scott A. Lathrop, Esq. (BBO #287820)   Francis T. Talty, Esq.
Scott A. Lathrop & Associates     Talty & Talty, P.C.
122 Old Ayer Road        54 Church Street
Groton, MA 01450        Lowell, MA 01852
(978) 448-8234         (978) 970-0881

Dated: _____     Dated: 4/12/04

2

# Scott A. Lathrop & Associates

Scott A. Lathrop, P.C.
Beatrice T. Heveran, Esq.

ATTORNEYS-AT-LAW

slathrop@LathropLawOffices.com
www.LathropLawOffices.com

122 Old Ayer Road
Groton, MA 01450
Phone: (978) 448-8234
Fax: (978) 448-8244

Monday, April 12, 2004

Civil Clerk
U.S. District Court
U.S. Courthouse
1 Courthouse Way, Room 2300
Boston, MA 02110

Re: Bickford v. N.E. Gutter Kings, No. 04-10185 RGS

Dear Sir/Madam:

Please file the enclosed Joint Pretrial Statement.

Very truly yours,

Scott A. Lathrop

cc:   Francis T. Tulty, Esq.