UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No. 04cv10185 RGS

```
***********************************
MARK BICKFORD,                    *
      Plaintiff                   *
                                  *
v.                                *
                                  *
NEW ENGLAND GUTTER KINGS, CARLOS  *
DeSOSA and DEREK BRIERE,          *
      Defendants                  *
***********************************
```

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to Rule 37(a), plaintiff Mark Bickford hereby moves this Court to order defendant New England Gutter Kings to produce certain documents relevant to this case.

In support thereof, plaintiff states as follows:

1. In this action plaintiff Bickford has alleged, inter alia, that his former employer defendant New England Gutter Kings willfully refused to pay Bickford overtime in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.

2. On or about February 16, 2004, Bickford served his First Request for Production of Documents on defendant New England Gutter Kings. In Request No. 7 Bickford asked for: "Any and all time records concerning plaintiff." In Request No. 8 Bickford asked for: "Any and all payroll records concerning plaintiff."

3. On or about April 9, 2004, defendant New England Gutter Kings responded to plaintiff's First Request for Production of Documents. In response to In Request No. 7 New England Gutter Kings said: "Time records are produced herein." In response

1

to Request No. 8 New England Gutter Kings said: "Payroll records are produced herein." (Exhibit 1 attached hereto).

4. Despite the foregoing response and representations, defendant New England Gutter Kings did not produce plaintiff's time cards.

5. Despite the foregoing response and representations, defendant New England Gutter Kings did not produce any payroll records pertaining to plaintiff.

6. By letter dated July 13, 2004, the undersigned wrote to counsel for defendants, seeking a discovery conference and requesting that defendant New England Gutter Kings produce plaintiff's time cards as well as his payroll records within the next ten days. The undersigned further indicated that if defendant did not do so, the undersigned would be forced to seek a motion to compel.

7. Thirteen days have expired and defendants have not produced plaintiff's time cards or his payroll records. Neither has their counsel attempted any communication with the undersigned.

**WHEREFORE**, the plaintiff requests that this Court order defendants to produce such documents and to pay all attorney's fees for obtaining such order.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Scott A. Lathrop, hereby certify that I have attempted to confer with opposing counsel in good faith to resolve or narrow the issues presented in this motion

                    Mark Bickford
                    By his attorney

                    _____
                    Scott A. Lathrop, Esq.
                    Scott A. Lathrop & Associates
                    122 Old Ayer Road
                    Groton, MA 01450
                    (978) 448-8234
                    BBO No. 287820

Dated: July 26, 2004

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

                    _____
                    Scott A. Lathrop

Dated: July 26, 2004