UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.No.04cv10185 RGS

MARK BICKFORD,
Plaintiff

v.

NEW ENGLAND GUTTER KINGS,
CARLOS deSOUSA and DEREK BRIERE,
Defendants

**Defendants' Opposition to**
**Plaintiffs Motion to Compel Discovery**

The Defendants oppose the Plaintiffs Motion to Compel Discovery for the following reasons:

1. The Defendants have already produced the only documents that respond to Plaintiff's Requests.
2. On April 9, 2004,(nearly four (4) months ago), the Defendants responded to the Plaintiff's Request for Production of Documents.
3. In its production, they specifically produced time records and payroll records in their possession. (See exhibit A, numbers 7 and 8 with documents produced).
4. The parties had their scheduling conference two (2) weeks later, on April 22, 2004.
5. Plaintiff's counsel made no inquiry of Defendant's counsel concerning the documents produced until his letter dated July 13, 2004.
6. Defendant's counsel called Plaintiff's counsel on July 27, 2004 to discuss what, other than what had already been produced, he was looking for.
7. On July 28, 2004, while Defendant's counsel was out of state, Plaintiff's counsel returned the call to inform Defendant's counsel that he had already filed a Motion to Compel.
8. Plaintiff's counsel made no inquiry at the Scheduling Conference, nor indeed for nearly four months and made no phone call to discuss discovery with Defendant's counsel before filing his motion.
9. Moreover, there are no other documents that respond to Plaintiff's Requests number 7 and 8, which he could have easily confirmed with a phone call.

Wherefore, the Defendants request that this court deny Plaintiff's motion and order the Plaintiff to pay the cost of unnecessarily opposing this motion.

Respectively submitted
For the Defendant

Francis T. Talty
54 Church Street
Lowell, MA 01852

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

C.A.No.04cv10185 RGS

****************************************

MARK BICKFORD, *
Plaintiff *

v. *

NEW ENGLAND GUTTER KINGS, *
CARLOS deSOUSA and DEREK BRIERE, *
Defendants *

****************************************

DEFENDANT'S RESPONSES TO PLAINTIFF'S
REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Rules of Civil Procedure, the defendants produce the following documents and respond to plaintiff's request for documents as follows:

REQUEST #1 All personnel records, as that term is defined in M.G.L.c. 149, § 52C, concerning plaintiff.

RESPONSE #1 Plaintiff's Application for Employment and Payroll Summary are produced herein.

REQUEST #2 Any and all documents concerning any communications between plaintiff and defendant(s).

RESPONSE #2 There are no such documents.

REQUEST #3 Any and all documents concerning any communications about plaintiff.

RESPONSE#3 Documents relating to Plaintiff's Claims to the Massachusetts Attorney General and the Massachusetts Division of Employment and Training are produced herein.

REQUEST #4 Any and all documents concerning Plaintiff's job performance.

RESPONSE #4 A job completion form prepared by the defendant is produced herein.

REQUEST #5 Any and all documents concerning any discipline meted out to plaintiff by defendants.

RESPONSE #5 There are no such documents.

REQUEST #6 Copies of job descriptions of all positions held by the plaintiff during plaintiff's employment with defendants.

RESPONSE #6 There are no such documents.

REQUEST #7 Any and all time records concerning plaintiff.

RESPONSE #7 Time records are produced herein.

REQUEST #8 Any and all payroll records concerning plaintiff.

RESPONSE #8 Payroll Records are produced herein.

REQUEST #9 Any and all documents concerning plaintiff's termination.

RESPONSE #9 The only such documents are those produced pursuant to Request #3 above.

REQUEST #10 All organizational charts applicable to defendant from January 1, 2003, to the present.

RESPONSE #10 There are no such documents.

REQUEST #11    All employee manuals and policies in effect from 2003 to the present, including, but not limited to, personnel manuals, benefits manuals, salary schedule and all documents reflecting defendant's policies regarding discipline, termination, salary increases, promotions and discrimination.

RESPONSE #11    A copy of the company policies is produced herein.

REQUEST #12    Any and all statements taken by any employee, representative, or agent of defendant, its attorney(s), or investigator(s) from any witness to any incident referred to in plaintiff's Complaint.

RESPONSE #12    There are no such documents.

REQUEST #13    Any and all documents which relate to defendant's affirmative defenses in its Answer.

RESPONSE #13    N/A

REQUEST #14    The resume of each expert identified by you in your answers to plaintiff's interrogatories.

RESPONSE #14    There are no such documents.

REQUEST #15    Any and all reports rendered by experts who have been consulted and/or retained by defendant(s).

RESPONSE #15    There are no such documents.

REQUEST #16 Any and all insurance policies that defendant(s) may have insuring it against liability for plaintiff's claims in the above-entitled proceeding.

RESPONSE #16 There are no such documents.

REQUEST #17 Any and all documents concerning the fringe benefits that plaintiff had been receiving when last employed by defendant.

RESPONSE #17 There are no such documents.

The defendants by Their Attorney

Francis T. Talty
54 Church Street
Lowell, MA 01852
(978) 970-0881
BBO # 546262

Dated: April 9, 2004

Certificate of Services

I, Francis T. Talty, hereby certify that I have served the foregoing Response To Request For Production of Doucments on the plaintiff by mailing this day a copy to their Attorney Scott A. Lathrop.

Francis T. Talty

Dated: April 9, 2004

MARK BICKFORD

| DATE | IN | OUT | TOTAL | Lunch | Reg after Lunch | Over 40 | Over 40 Cash Amt PD |
|---|---|---|---|---|---|---|---|
| Monday, March 17, 2003 | 6:21 | 16:02 | 9.75 | 0.5 | | | |
| Tuesday, March 18, 2003 | 6:22 | 17:24 | 11 | 0.5 | | | |
| Wednesday, March 19, 2003 | 6:21 | 17:44 | 11.25 | 0.5 | | | |
| Thursday, March 20, 2003 | 6:25 | 16:55 | 10.5 | 0.5 | | | |
| Friday, March 21, 2003 | 6:47 | 18:40 | 12 | 0.5 | | | |
| Saturday, March 22, 2003 | 6:20 | 11:00 | 4.5 | 0.5 | | | |
| **WEEK OF 3/17 THRU 3/22** | | | **59** | **3** | **40** | **16** | **$ 304.00** |
| | | | | | | | |
| Monday, March 24, 2003 | 6:26 | 2:15 PM | 7.75 | 0.5 | | | |
| Tuesday, March 25, 2003 | 6:30 | 13:47 | 7.25 | 0.5 | | | |
| Wednesday, March 26, 2003 | 6:25 | 15:15 | 8.75 | 0.5 | | | |
| Thursday, March 27, 2003 | 6:26 | 17:27 | 11 | 0.5 | | | |
| Friday, March 28, 2003 | 6:30 | 18:45 | 12.25 | 0.5 | | | |
| **WEEK OF 3/24 TO 3/28** | | | **47** | **2.5** | **40** | **4.5** | **$ 112.00** |
| | | | | | | | |
| Monday, March 31, 2003 | 6:32 | 15:01 | 8.5 | 0.5 | | | |
| Tuesday, April 01, 2003 | 6:29 | 16:56 | 10.5 | 0.5 | | | |
| Wednesday, April 02, 2003 | 6:28 | 16:34 | 10 | 0.5 | | | |
| Thursday, April 03, 2003 | 7:33 | 18:43 | 11 | 0.5 | | | |
| **WEEK OF 3/31 THRU 4/3** | | | **40** | **2** | **38** | | **$0.00** |
| | | | | | | | |
| Monday, April 07, 2003 | 6:41 | 14:17 | 7.5 | 0.5 | | | |
| Tuesday, April 08, 2003 | 6:31 | 18:05 | 11.5 | 0.5 | | | |
| Wednesday, April 09, 2003 | 6:35 | 18:18 | 11.75 | 0.5 | | | |
| Thursday, April 10, 2003 | 6:29 | 17:49 | 11.25 | 0.5 | | | |
| Friday, April 11, 2003 | 6:33 | 16:08 | 9.5 | 0.5 | | | |
| **WEEK OF 4/7 THRU 4/11** | | | **51.5** | **2.5** | **40** | **9** | **$ 190.00** |
| | | | | | | | |
| Monday, April 14, 2003 | 6:35 | 16:28 | 10 | 0.5 | | | |
| Tuesday, April 15, 2003 | 6:23 | 17:11 | 10.5 | 0.5 | | | |
| Wednesday, April 16, 2003 | 6:22 | 17:39 | 11 | 0.5 | | | |
| Thursday, April 17, 2003 | 6:36 | 17:33 | 11 | 0.5 | | | |
| Friday, April 18, 2003 | 6:40 | 16:47 | 10.25 | 0.5 | | | |
| **WEEK OF 4/14 THRU 4/18** | | | **52.75** | **2.5** | **40** | **10.25** | **$ 250.00** |
| | | | | | | | |
| Monday, April 21, 2003 | 6:33 | 17:50 | 11.5 | 0.5 | | | |
| Tuesday, April 22, 2003 | 6:38 | 15:09 | 11.5 | 0.5 | | | |
| Wednesday, April 23, 2003 | 6:34 | 19:19 | 13 | 0.5 | | | |
| Thursday, April 24, 2003 | 6:32 | 17:59 | 11.5 | 0.5 | | | |
| Friday, April 25, 2003 | 6:56 | 16:05 | 9 | 0.5 | | | |
| **WEEK OF 4/21 THRU 4/25** | | | **56.5** | **2.5** | **40** | **14** | **$ 264.00** |
| | | | | | | | |
| Monday, April 28, 2003 | 8:00 | 15:30 | 7.5 | 0.5 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tuesday, April 29, 2003 | 7:00 | 16:16 | 9.5 | 0.5 | | | | |
| Wednesday, April 30, 2003 | 6:55 | 18:48 | 12 | 0.5 | | | | |
| Thursday, May 01, 2003 | 7:00 | 16:20 | 9.5 | 0.5 | | | | |
| Friday, May 02, 2003 | 6:24 | 17:45 | 11.25 | 0.5 | | | | |
| **WEEK OF 4/28 THRU 5/2** | | | **49.75** | **2.5** | **40** | **7.25** | **$** | **156.00** |
| | | | | | | | | |
| Monday, May 05, 2003 | 6:31 | 18:03 | 11.5 | 0.5 | | | | |
| Tuesday, May 06, 2003 | 6:30 | 15:00 | 12.5 | 0.5 | | | | |
| Wednesday, May 07, 2003 | 6:36 | 16:10 | 9.5 | 0.5 | | | | |
| Thursday, May 08, 2003 | 6:26 | 16:35 | 10 | 0.5 | | | | |
| Friday, May 09, 2003 | 6:30 | 3:30 | 9 | 0.5 | | | | |
| **WEEK OF 5/5 THRU 5/9** | | | **52.5** | **2.5** | **40** | **10** | **$** | **200.00** |
| | | | | | | | | |
| Monday, May 12, 2003 | 6:31 | 19:04 | 12.5 | 0.5 | | | | |
| Tuesday, May 13, 2003 | 6:27 | 18:35 | 12 | 0.5 | | | | |
| Wednesday, May 14, 2003 | 6:24 | 14:02 | 7.5 | 0.5 | | | | |
| Thursday, May 15, 2003 | 6:28 | 14:34 | 8 | 0.5 | | | | |
| Friday, May 16, 2003 | 6:26 | 17:41 | 11 | 0.5 | | | | |
| **WEEK OF 5/12 THRU 5/16** | | | **51** | **2.5** | **40** | **8.5** | **$** | **176.00** |
| | | | | | | | | |
| Monday, May 19, 2003 | 6:27 | 16:39 | 10 | 0.5 | | | | |
| Tuesday, May 20, 2003 | 6:35 | 18:31 | 12 | 0.5 | | | | |
| Wednesday, May 21, 2003 | 6:29 | 15:25 | 9 | 0.5 | | | | |
| Thursday, May 22, 2003 | 6:36 | 19:00 | 12.5 | 0.5 | | | | |
| Friday, May 23, 2003 | 6:30 | 14:41 | 8 | 0.5 | | | | |
| **WEEK OF 5/19 THRU 5/23** | | | **51.5** | **2.5** | **40** | **9** | **$** | **184.00** |
| | | | | | | | | |
| Tuesday, May 27, 2003 | 6:39 | 16:29 | 10 | 0.5 | | | | |
| Thursday, May 29, 2003 | 6:47 | 18:18 | 11.5 | 0.5 | | | | |
| Friday, May 30, 2003 | 6:41 | 17:19 | 11 | 0.5 | | | | |
| **WEEK OF 5/27 THRU 5/30** | | | **32.5** | **1.5** | **31** | | | **$0.00** |
| | | | | | | | | |
| Monday, June 02, 2003 | 6:23 | 16:26 | 10 | 0.5 | | | | |
| Tuesday, June 03, 2003 | 6:29 | 18:08 | 11.5 | 0.5 | | | | |
| Wednesday, June 04, 2003 | 6:29 | 20:01 | 13.5 | 0.5 | | | | |
| Thursday, June 05, 2003 | 6:38 | 17:28 | 11 | 0.5 | | | | |
| Friday, June 06, 2003 | 6:30 | 20:53 | 14.5 | 0.5 | | | | |
| **WEEK OF 6/2 THRU 6/6** | | | **60.5** | **2.5** | **40** | **18** | **$** | **300.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Monday, June 09, 2003 | 6:22 | 17:42 | 11.2 | 0.5 | | | |
| Tuesday, June 10, 2003 | 6:23 | 20:12 | 13.45 | 0.5 | | | |
| Wednesday, June 11, 2003 | 6:22 | 19:55 | 13.35 | 0.5 | | | |
| Thursday, June 12, 2003 | 7:24 | 18:35 | 11.1 | 0.5 | | | |
| Friday, June 13, 2003 | 6:41 | 17:21 | 10.4 | 0.5 | | | |
| **WEEK OF 6/9 THRU 6/13** | | | **59.5** | **2.5** | **40** | **17** | **$ 328.00** |
| | | | | | | | |
| Monday, June 16, 2003 | 6:35 | 16:13 | 9.4 | 0.5 | | | |
| Tuesday, June 17, 2003 | 6:36 | 17:36 | 11 | 0.5 | | | |
| Wednesday, June 18, 2003 | 6:40 | 17:59 | 11.2 | 0.5 | | | |
| Thursday, June 19, 2003 | 6:39 | 17:23 | 10.45 | 0.5 | | | |
| Friday, June 20, 2003 | 6:20 | 14:19 | 8 | 0.5 | | | |
| Saturday, June 21, 2003 | 6:33 | 4:00 | 9.3 | 0.5 | | | |
| **WEEK OF 6/16 THRU 6/21** | | | **59.35** | **3** | **40** | **16.35** | **$ 330.00** |
| | | | | | | | |
| Monday, June 23, 2003 | 6:36 | 16:16 | 9.4 | 0.5 | | | |
| Tuesday, June 24, 2003 | 6:39 | 15:19 | 8.4 | 0.5 | | | |
| Wednesday, June 25, 2003 | 6:41 | 18:09 | 11.3 | 0.5 | | | |
| Thursday, June 26, 2003 | 6:41 | 18:04 | 11.25 | 0.5 | | | |
| Friday, June 27, 2003 | 6:40 | 16:30 | 9.5 | 0.5 | | | |
| Saturday, June 28, 2003 | 6:42 | 15:49 | 9.1 | 0.5 | | | |
| **WEEK OF 6/23 THRU 6/28** | | | **58.95** | **3** | **40** | **15.95** | **$ 350.00** |
| | | | | | | | |
| Monday, June 30, 2003 | 6:33 | 16:01 | 9.3 | 0.5 | | | |
| Tuesday, July 01, 2003 | 6:46 | 16:10 | 9.25 | 0.5 | | | |
| Wednesday, July 02, 2003 | 6:22 | 18:09 | 11.5 | 0.5 | | | |
| Thursday, July 03, 2003 | 6:35 | 17:13 | 10.4 | 0.5 | | | |
| **WEEK OF 6/30 THRU 7/3** | | | **40.45** | **2** | **38.45** | | **$ 20.00** |
| | | | | | | | |
| Tuesday, July 08, 2003 | 6:49 | 17:18 | 10.5 | 0.5 | | | |
| Wednesday, July 09, 2003 | 6:41 | 15:24 | 10.45 | 0.5 | | | |
| Thursday, July 10, 2003 | 6:44 | 17:19 | 10.35 | 0.5 | | | |
| Friday, July 11, 2003 | 6:58 | 14:31 | 7.5 | 0.5 | | | |
| Saturday, July 12, 2003 | 6:28 | 1:30 | 7 | 0.5 | | | |
| **WEEK OF 7/8 THRU 7/12** | | | **45.8** | **2.5** | **40** | **3.3** | **$ 104.00** |
| | | | | | | | |
| Tuesday, July 15, 2003 | 6:42 | 12:49 | 6.1 | 0.5 | | | |
| Wednesday, July 16, 2003 | 6:35 | 16:52 | 10.15 | 0.5 | | | |
| Thursday, July 17, 2003 | 6:35 | 5:30 | 10.55 | 0.5 | | | |
| Friday, July 18, 2003 | 6:45 | 15:13 | 8.5 | 0.5 | | | |
| Saturday, July 19, 2003 | 6:30 | 11:30 | 5 | 0.5 | | | |
| **WEEK OF 7/15 THRU 7/19** | | | **40.3** | **2.5** | **37.8** | | **$ 10.00** |

Certificate of Service

I, Francis T. Talty, certify that I served a copy of Defendant's opposition to Plaintiff's Motion to Compel Discovery by mailing a copy therefore to Scott Lathrop, Esq. at 122 Old Ayer Road, Groton, MA 01450 this 4th day of August, 2004.

Francis T. Talty