UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Mark Bickford_
_____
Plaintiff(s)

v.

_New England Gutter Kings_
_____
Defendant(s)

CIVIL ACTION
NO. 04-10185-RGS

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to __A. DAVID MAZZONE, USDJ__ for the following ADR program:

| | | |
|---|---|---|
| ____ EARLY NEUTRAL EVALUATION | _L_ | MEDIATION |
| ____ MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ SETTLEMENT CONFERENCE | ____ | SPECIAL MASTER |
| ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_9/14/04_
DATE

_Richard G. Stearns_
UNITED STATES DISTRICT JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | ____ | Antitrust | ____ |
| Civil Rights | ____ | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ✓ | | |
| Other | | | |

(adrrefl.ord - 4/29/94)

[orefadr.]