# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C.A.No.04cv10185 RGS

```
*********************************************
                                            *
MARK BICKFORD,                              *
        Plaintiff                           *
                                            *
                                            *
        v.                                  *
                                            *
                                            *
NEW ENGLAND GUTTER KINGS,                   *
CARLOS deSOUSA and DEREK BRIERE,            *
        Defendants                          *
                                            *
*********************************************
```

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

The parties in the above-captioned matter hereby MOVE that the discovery completion date be extended by two (2) weeks from September 30, 2004 to October 14, 2004.

1. At the scheduling conference in April, the parties proposed a discovery plan that required all discovery requests served and depositions be noticed by August 30, 2004.

2. All such requests and notices were completed by that date.

3. The Scheduling Orders provided further that all discovery be completed by September 30, 2004.

4. With the time allotted by the Rules for answering the written discovery, at least one deposition would have to be taken prior to the deadline for receipt of the written discovery.

5. The parties, on the request of the Defendants' counsel, agree that the deposition of the Plaintiff, Mark Bickford, originally noticed for September 27, 2004, could be taken after the September 30th date, to ensure that Defendants' counsel would have the written discovery first.

WHEREFORE, the parties respectfully ask that the Court allow a two week extension of the date for completion of discovery to accommodate the one remaining deposition

For Plaintiff:

Scott A. Lathrop, Esq.
22 Old Ayer Road
Groton, MA  01450
Date:

For Defendants:

Francis T. Talty
54 Church Street
Lowell, MA 01852
Date:

Certificate of Service

I, Frank T. Talty, hereby certify that I have served the foregoing Joint Motion by mailing

a copy of the same to the Plaintiff's counsel, Scott A. Lathrop, Esq., at 122 Old Ayer Road,

Groton, MA 01450, this day

September 24, 2004

Francis T. Talty, Esq.