# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

C.A. No. 04cv10185 RGS

```
*********************************************      *
MARK BICKFORD,                                     *
        Plaintiff                                  *
                                                   *
        v.                                         *
                                                   *
NEW ENGLAND GUTTER KINGS,                          *
CARLOS deSOUSA and DEREK BRIERE,                   *
        Defendants                                 *

*********************************************
```

## STIPULATION OF DISMISSAL

The parties herein have stipulated that this action on behalf of Mark Bickford, plaintiff herein, be dismissed with prejudice as to defendants, New England Gutter Kings, Inc., Carlos DeSousa and Derek Briere.

_____
Scott A. Lathrop, Esq.
Attorney for the Plaintiff
122 Old Ayer Road
Groton, MA 01450
(978)448-8234

_____
Francis T. Talty, Esq.
Attorney for the Defendants
Talty & Talty, P.C.
54 Church Street
Lowell, MA 01852
(978)970-0881